## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

VISION POWER, LLC, a Florida limited
liability company, and GREGG WILLIAMS,
individually,

          Plaintiffs,

**Case No.: 18-cv-61700-SINGHAL**

v.

MIDNIGHT EXPRESS POWER BOATS,
INC., a Delaware corporation,

          Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Notice of Pending Settlement (DE [131]), filed on March 5, 2020. The Court having carefully reviewed the file, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, March 5, 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF